UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL W. WHEELER, et al. )
                           )
         Plaintiff(s),     )    No. C 09-1826 BZ
                           )
    v.                     )
                           )    **ORDER DIRECTING MARSHAL**
HILO MEDICAL CENTER, et al.,)   **TO SERVE DEFENDANT**
                           )
                           )
         Defendant(s).     )
                           )

     Plaintiff's first amended complaint, filed June 18, 2009, does not cure the problems with personal jurisdiction outlined in my Order dated May 22, 2009. The amended complaint does suggest that the jurisdictional issues may be resolved to the extent that defendants consent to jurisdiction in this district. See <u>Burham v. Superior Court</u>, 495 U.S. 604, 617 (1990). Inasmuch as plaintiff Ellis has paid her filing fee and presumably will be effecting service on defendants, the Court is willing to defer resolution of the jurisdictional problems until the defendants appear.

     As the Court noted earlier, LitNeutral LLC appears to subject to this Court's jurisdiction. If the Marshal has not

1

1 | already done so, he is directed to serve summons and complaint
2 | on defendant LitNeutral, LLC forthwith.
3 | Dated: July 10, 2009

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHEELER\ORDER DIRECTING MARSHAL TO SERVE COMPLAINT.wpd