UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL W. WHEELER, et al. | ) | |
| Plaintiff(s), | ) | No. C 09-1826 BZ |
| v. | ) | **BRIEFING ORDER** |
| HILO MEDICAL CENTER, et al., | ) | |
| Defendant(s). | ) | |

Having received motions to dismiss plaintiffs' first amended complaint from defendants Robert White, Hilo Medical Center, Inc., LitNeutral LLC, and Queens Medical Center, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' opposition to the respective motions shall be filed by **August 5, 2009**; and

2. Defendants' replies, if any, shall be filed by **August 19, 2009;**

3. A hearing is scheduled for **September 23, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1

1      Plaintiffs are advised that they have the burden of
2 producing admissible evidence which, if believed, would be
3 sufficient to establish the existence of personal jurisdiction
4 over the defendants.  *See* Ballard v. Savage, 65 F.3d 1495,
5 1498 (9th Cir. 1995); *see also* Doe, I v. Unocal Corp., 248
6 F.3d 915, 922 (9th Cir. 2001) (per curiam).  If plaintiffs do
7 not meet their burden of showing that jurisdiction exists,
8 defendants' motions will be granted and the complaint will be
9 dismissed, at least as to these defendants.  *See* Harris Rutsky
10 & Co. Ins. Servs. v. Bell & Clements Ltd., 328 F.3d 1122, 1129
11 (9th Cir. 2003); Pacific Atlantic Trading Co. v. M/V Main
12 Exp., 758 F.2d 1325, 1327 (9th Cir. 1985); Data Disc, Inc. v.
13 Systems Technology Assoc., 557 F.2d 1280, 1285 (9th Cir.
14 1977).

Dated:  July 21, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHEELER\BRIEFING ORDER.wpd

2