UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL W. WHEELER, et al.   )
                             )
         Plaintiff(s),       )   No. C 09-1826 BZ
                             )
     v.                      )
                             )   **ORDER CONTINUING CASE**
HILO MEDICAL CENTER, et al.,)    **MANAGEMENT CONFERENCE**
                             )
                             )
         Defendant(s).       )
                             )

   The case management conference is continued to **September 23, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, to follow the hearing on the pending motions to dismiss.

Dated:   August 12, 2009

_____
            Bernard Zimmerman
       United States Magistrate Judge

G:\BZALL\-BZCASES\WHEELER\ORD CONTINUING CMC.VERSION 2.wpd

1