UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL W. WHEELER, et al.<br><br>     Plaintiff(s),<br><br>     v.<br><br>HILO MEDICAL CENTER, et al.,<br><br>     Defendant(s). | No. C 09-1826 BZ<br><br>**JUDGMENT** |

Having granted the motion to dismiss of defendants Hilo Medical Center and Queen's Medical Center for lack of jurisdiction on September 11, 2009 and having dismissed the complaint as to the remaining defendants on September 30, 2009, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of defendants, that plaintiffs take nothing and that each party bear its own costs of action.

Dated:   October 6, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHEELER\JUDGMENT.wpd

1